**Order entered April 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00229-CR
No. 05-19-00230-CR
No. 05-19-00231-CR
No. 05-19-00232-CR
No. 05-19-00233-CR

**TYRONTAE LOMON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 069973, 069975, 069976, 069977 & 069796**

## ORDER

Before the Court is court reporter Misty Skinner's April 5, 2019 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on April 23, 2019.

/s/     CORY L. CARLYLE
          JUSTICE